Ellen Murtaugh, appellee, v. National Council of the Knights and Ladies of Security, appellant. Gen. No. 26,606.

Action upon a life beneficiary certificate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed June 13, 1921.

A. W. Fulton, John V. McCormick and S. J. Fulton, for appellant. Harry D. Irwin, for appellee; Arthur W. McGovney, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

Charles P. Ogren, appellee, v. Jacob Levy, appellant. Gen. No. 26,615.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921. Rehearing denied June 27, 1921.

James M. Gwin, for appellant. Anderson & Anderson, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

Mutual Brokers, Ltd., for use of William A. White, appellant, v. M. Piowaty & Sons, appellee. Gen. No. 26,629.

Judgment for nominal damages from which plaintiff appeals. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Blum, Wolfsohn & Blum, for appellant; Isadore Wolfsohn, of counsel. Hall & Spitz, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

Sybil Tucker, administratrix of the estate of Harry G. Tucker, deceased, appellant, v. Carl Mueller, appellee. Gen. No. 26,376.

Action upon a promissory note. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. De Witt T. Hartwell, Judge, presiding. Heard in this court at the October term, 1920. Reversed. Opinion filed June 13, 1921. Vacated and set aside and refiled June 24, 1921. Certiorari denied by Supreme Court (making opinion final).

Howard M. Harpel, for appellant. Landon & Holt, for appellee; John B. Fruchtl, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Caroline C. Mattes, appellee, v. Merchants Reserve Life Insurance Company, appellant. Gen. No. 26,384.

Action on two life insurance policies. All evidence relating to one policy excluded and a verdict in favor of plaintiff directed on the other. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921. Rehearing denied June 27, 1921. Certiorar denied by Supreme Court (making opinion final).

Gideon S. Thompson, for appellant. Thomas J. O'Hare, for appellee.

Mr. Justice Dever delivered the opinion of the court.